# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Allco Finance Limited, Chelsea Solar LLC, Apple Hill Solar LLC  *Plaintiff(s)*  v.  Anthony Roisman, *in his official capacity as Chair of the Vermont Public Utility Commission*; Riley Allen, *in his official capacity as Commissioner of the Vermont Public Utility Commission*; Margaret Cheney, *in her official capacity as Commissioner of the Vermont Public Utility Commission*  *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) | Civil Action No.  2:23-cv-00691 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 29) filed November 19, 2024, Defendants' Motion to Dismiss Plaintiffs' Complaint (Document No. 11) is GRANTED. This case is DISMISSED WITH PREJUDICE.

Date:  November 19, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   11/19/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
Signature of Clerk or Deputy Clerk